IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
    Plaintiff

    v.                                                       Criminal No. 08-0093 (ADC)

**MIGUEL LANTIGUA,**
    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on March 18, 2008. (**Docket No. 20**). In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Miguel Lantigua** be adjudged guilty of the offenses charged in Count One  (T. 8, U.S.C. § 1326(a)(2) and (b)(2)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count One of the information in the above-captioned case.

**The sentencing hearing is set for July 1, 2008 at 10:00 a.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of April, 2008.

                                        S/**AIDA M. DELGADO-COLON**
                                        **United States District Judge**